UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**AGATHA and MALCOM COOPER, Parents,**
**individually, and on behalf of J.N., Student,**

**Plaintiffs,**

v.                                                                                No. 19-cv-1141 SCY-SMV

**BOARD OF EDUCATION OF**
**ALBUQUERQUE PUBLIC SCHOOLS**
**and NEW MEXICO PUBLIC EDUCATION ,**

**Defendants.**

## NOTICE OF ENTRY OF APPEARANCE

Aaron Rodriguez, Esq., hereby enters his appearance in this case as counsel for Defendant New Mexico Public Education Department.

Respectfully submitted,

*/s/ Aaron Rodriguez*
Aaron Rodriguez, Deputy General Counsel
New Mexico Public Education Department
300 Don Gaspar
Santa Fe, NM 87501-2786
(505) 382-0717
aaron.rodriguez2@state.nm.us

Attorney for NMPED

**Certificate of Service**

I hereby certify that a copy of the foregoing has been served on all counsel of record through the court's electronic filing system.

_____